UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Case No. 3:07-00039 |
| | ) |
| THOMAS JARED RICHARDSON | ) |

O R D E R

Defendant was arrested on August 13, 2012, pursuant to a warrant issued by the Honorable Aleta A. Trauger, following a report from the United States Probation Office that Defendant had violated the terms and conditions of his supervised release.

At the hearing on August 13, 2012, Defendant was advised of the alleged violations and his rights under Rule 32.1 of the Federal Rules of Criminal Procedure, and counsel was appointed to represent him.

A preliminary hearing and a hearing concerning the issue of detention pursuant to Rules 32.1(b)(1) and 32.1(a)(6) of the Federal Rules of Criminal Procedure will be held on August 15, 2012, at 2:00 p.m. before the undersigned.

IT IS SO ORDERED.

_____
E. CLIFTON KNOWLES
United States Magistrate Judge