Motion GRANTED.

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE  DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:07-cr-00039** |
| | ) | **Judge Trauger** |
| **THOMAS JARED RICHARDSON** | ) | *Revocation of Supervised Release* |

### MOTION TO REVOCATION HEARING

**COMES NOW** the Defendant, **Thomas Jared Richardson**, by and through his undersigned counsel, and respectfully requests that this Honorable Court enter an Order continuing the Revocation Hearing from Thursday, October 18, 2012 at 12:30 p.m. to a later date convenient to the Court and counsel.  In support hereof, Defendant states as follows:

1.      The Revocation Hearing in this case was originally set for Thursday, October 18, 2012 at 12:30 p.m.  The Court developed a scheduling conflict with that date and alternative dates of October 17 and October 19 were suggested.  However, undersigned counsel had existing scheduling conflicts with both of days.

2.      The parties are also continuing to discuss a possible resolution of the revocation action.  With the Court's permission, the parties would request that they be permitted to consult with the Courtroom Deputy Clerk regarding the selection of a new date.

**WHEREFORE**, based on the foregoing, Defendant Richardson respectfully requests that this Honorable Court enter an Order continuing the revocation hearing from Thursday, October 18, 2012 at 12:30 p.m. to a later date convenient to the Court and counsel.