IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:07-00039 |
| | ) | Judge Trauger |
| THOMAS JARED RICHARDSON | ) | |
| | ) | |

**O R D E R**

It is hereby **ORDERED** that a revocation hearing will be held on Tuesday, November 27, 2012, at 9:30 a.m.

It is so **ORDERED**.

ENTER this 21st day of November 2012.

_____
ALETA A. TRAUGER
U.S. District Judge