### IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:07-00039 |
| | ) | Judge Trauger |
| THOMAS JARED RICHARDSON | ) | |
| | ) | |

### **O R D E R**

It is hereby **ORDERED** that a hearing shall be held on the Petition to Revoke Supervision (Docket No. 76) on Wednesday, October 29, 2014, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 23rd day of October 2014.

_____
ALETA A. TRAUGER
U.S. District Judge