UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

==Motion GRANTED.==

*[signature]*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No.  3:07-cr-00039 |
| | ) | Judge Trauger |
| THOMAS JARED RICHARDSON | ) | |

## MOTION TO SUBSTITUTE COUNSEL

Comes now the United States of America, by and through the undersigned attorney, and moves the Court to substitute Assistant United States Attorney (AUSA) Clay T. Lee for AUSA Sunny A.M. Koshy.

Respectfully submitted,

DAVID RIVERA
United States Attorney

By: *s/ Clay T. Lee*
CLAY T. LEE
Assistant United States Attorney
110 9th Avenue South - Suite A-961
Nashville, Tennessee 37203-3870
Telephone: 615-736-5151

### CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2014, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send notification to:   Peter J. Strianse.

*s/ Clay T. Lee*
CLAY T. LEE
Assistant United States Attorney